**DONALD FISHER**     *     NO. 2020-CA-0242

**VERSUS**     *     **COURT OF APPEAL**

**MARGARET T. VILLERE AND**     *     **FOURTH CIRCUIT**
**ABC INSURANCE COMPANY**

     *     **STATE OF LOUISIANA**

     *

     *
* * * * * * *

BELSOME, J., CONCURS IN THE RESULT